91 F.3d 123
 Schree Hicks, Angelique Giddings, Sandra White, Willie Mae Lewis
v.
Robert Arthur, Marsha O'Hare, Robert Fishman, Resources for
Human Development; Norman L. Johnson, Ph.D v.
Resources for Human Development, Inc.,
 NOS. 95-1556, 95-1557, 95-1749
 United States Court of Appeals,
Third Circuit.
 June 12, 1996
 
 1
 Appeal From: E.D.Pa.,
 
 
 2
 891 F.Supp. 213,
 
 888 F.Supp. 689
 
 3
 AFFIRMED IN Nos. 95-1556, 95-1557; APPEAL DISMISSED IN NO. 95-1749.